

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BOB McCOY
BILL MEIER
LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

March 14, 2013

Adan Martinez #1746676
Stevenson Unit
1525 FM 766
Cuero, TX 77954

Charles M. Mallin
Asst. Criminal District Attorney
401 W. Belknap St.
Fort Worth, TX 76196

J. Steven Bush
314 Main St., Ste. 200
Fort Worth, TX 76102

RE:     Court of Appeals Number:    02-13-00045-CR
        Trial Court Case Number:    1219208D

Style:  Adan Martinez
        V.
        The State of Texas

Dear Counsel:

The appeal in the above cause was dismissed today. Copies of the opinion and judgment of this court are hereto attached.

Respectfully yours,

DEBRA SPISAK, CLERK